**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Terence J. Cassidy, SBN 99180
Kimberly L. Kakavas, SBN 264642
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706
**Attorneys for Defendants:** COUNTY OF SACRAMENTO, SCOTT ANDERSON, RICH COCKERTON, BRENDAN MCATEE, ELISA OLMO, SOKA OM, JASON WALKUP, JOY PIKE, and CITY OF RANCHO CORDOVA

Lanny T. Winberry, SBN 85341
LAW OFFICES OF LANNY T. WINBERRY
8001 Folsom Boulevard, Suite 100
Sacramento, CA 95826
TEL: 916-386-4423
FAX: 916-386-8952
**Attorney for Plaintiffs**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY FOX, NARCISA FOX, individually and as parents and natural guardians and Guardians ad litem of ANTHONY FOX, DANIEL FOX, SAMUEL FOX AND MARIO FOX, minors,<br><br>  Plaintiffs,<br><br>vs.<br><br>COUNTY OF SACRAMENTO, SCOTT ANDERSON, R. COCKERTON, B. MCATEE, ELISA OLMO, SOKA OM, JASON WALKUP, JOY PIKE, CITY OF RANCHO CORDOVA, JASMINE DELGADO and DOES 1 THROUGH 30,<br><br>  Defendants.<br>_____/ | Case No. 2:11-cv-00419-JAM-KJN<br><br>**ORDER GRANTING JOINT STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>Complaint Filed: February 14, 2011 |

In accordance with the parties' Stipulation, the request to for an extension of time to respond to the Complaint is hereby GRANTED. Defendants COUNTY OF SACRAMENTO, SCOTT ANDERSON, RICH COCKERTON, BRENDAN MCATEE, ELISA OLMO, SOKA OM, JASON WALKUP, JOY PIKE, and CITY OF RANCHO CORDOVA shall have up to and including April 7, 2011 in which to file a responsive pleading.

1

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

00877012.WPD

**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**
**Case No. CV 11 0419 JAM**

1   IT IS SO ORDERED.

3   Dated: 3/18/2011

/s/ John A. Mendez
Honorable John A. Mendez
United States District Court Judge

---

2

[PROPOSED] ORDER GRANTING JOINT STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

**Case No. CV 11 0419 JAM**

00877012.WPD

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com