1   **P O R T E R | S C O T T**
    A PROFESSIONAL CORPORATION
2   Terence J. Cassidy, SBN 99180
    Ashley M. Wisniewski, SBN 264601
3   350 University Ave., Suite 200
    Sacramento, California 95825
4   TEL: 916.929.1481
    FAX: 916.927.3706
5
6   **Attorneys for Defendants:** COUNTY OF SACRAMENTO, SCOTT ANDERSON, RICH COCKERTON, BRENDAN MCATEE, , and CITY OF RANCHO CORDOVA

7

8                    **UNITED STATES DISTRICT COURT**

9                   **EASTERN  DISTRICT OF CALIFORNIA**

10

11  BARRY FOX, NARCISA FOX, individually        Case No.  2:11-cv-00419-JAM-KJN
    and as parents and natural guardians and
    Guardians ad litem of A.F., D.F., S.F. AND  **STIPULATION AND ORDER TO MODIFY**
12  M.F., minors,                               **PRETRIAL SCHEDULING ORDER**

13              Plaintiffs,

14  vs.

15  COUNTY OF SACRAMENTO, SCOTT
    ANDERSON, R. COCKERTON, B.
16  MCATEE, ELISA OLMO, SOKA OM,
    JASON WALKUP, JOY PIKE, CITY OF
17  RANCHO CORDOVA, JASMINE
    DELGADO and DOES 1 THROUGH 30,
18
19              Defendants.
    _____/

20          IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs BARRY FOX,

21  and NARCISA FOX, and Defendants COUNTY OF SACRAMENTO, SCOTT ANDERSON,

22  RICH COCKERTON, BRENDAN MCATEE, and CITY OF RANCHO CORDOVA, by through

23  their undersigned Counsel, and Defendant YAZMIN DELGADO (sued as JASMINE DELGADO),

24  in pro per, pursuant to Local Rules 143 and 144 as follows:

25          1.      The parties respectfully request that the District Court modify the Pre-Trial

26  Scheduling Order to allow an approximate thirty (30) additional days for the disclosure of

27  experts, based on good cause appearing therefor as more fully set forth below.

28          2.      This action arises out of alleged violations of Plaintiffs' federal civil rights and

**PORTER | SCOTT**
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

1

**STIPULATION AND [PROPOSED] ORDER TO MODIFY PRETRIAL SCHEDULING ORDER**
00995263.WPD

state law claims against Defendants in connection with the warrantless seizure of minor children.

3.     Plaintiffs filed a complaint on March 18, 2011. Defendants filed a motion to dismiss the complaint, hearing for which was set for June 15, 2011.  While this was pending, the court issued its PreTrial Scheduling Order on April 28, 2011, with the current dates including trial commencing on December 3, 2012.  (Docket Entry No. 13)

4.     On May 3, 2011, Plaintiffs filed an Amended Complaint, to which Defendants filed a Motion to Dismiss.  The Court issued a ruling on the motion to dismiss on September 23, 2011, giving Plaintiffs additional opportunity to amend.

5.     The parties informally agreed relevancy of information could not be properly determined until the pleadings were "at issue," thus believed formal deposition discovery should be delayed until such time as the court issues its order on the motion to dismiss.

6.     As such, in order to ensure percipient witness discovery is completed to the parties' satisfaction so that designated expert witnesses may have sufficient time to fully review and prepare expert reports, the parties in good faith believe additional time is necessary for expert disclosures under the current schedule.  The parties do not seek modification of the dates currently set for the Final Pre-Trial Conference, and Trial.  The parties have not sought any prior modifications of the Pre-Trial Scheduling Order.

Therefore, the parties respectfully submit that good cause exists to amend the Pre-Trial Scheduling Order dated April 28, 2011, and therefore request modification of the Pre-Trial Scheduling Order, as follows:

| | |
|---|---|
| Expert witness disclosure deadline | April 23, 2012 |
| Supplemental and Rebuttal witness disclosure deadline | May 15, 2012 |
| Close of discovery | June 15, 2012 (unchanged) |
| Filing deadline for all dispositive motions | July 25, 2012 (unchanged) |
| Last day for hearing on dispositive motions | August 22, 2012 (unchanged) |
| Final pre-trial conference | October 5, 2012 (unchanged) |
| Trial | December 3, 2012 (unchanged) |

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

**STIPULATION AND [PROPOSED] ORDER TO MODIFY PRETRIAL SCHEDULING ORDER**

00995263.WPD

1    This Stipulation may be signed in counterparts and any facsimile or electronic

2  signature shall be as valid as an original signature.

3    IT IS SO STIPULATED.

4

DATED: March 7, 2012          LAW OFFICES OF LANNY T. WINBERRY
5

6
                              By    /s/ Lanny T. Winberry
7                                   Lanny T. Winberry (as authorized on March 7, 2012)
                                    Attorney for Plaintiffs
8

9

10  DATED: March 7, 2012          PORTER SCOTT
                                  A Professional Corporation
11

12                              By    /s/ John R. Whitefleet
                                      Terence J. Cassidy
13                                    John R. Whitefleet
                                      Attorneys for Defendants
14                                    COUNTY OF SACRAMENTO, SCOTT
                                      ANDERSON, RICH COCKERTON,
15                                    BRENDAN MCATEE, and CITY OF
                                      RANCHO CORDOVA
16

17  DATED: March 7, 2012          By /s/ Yazmin Delgado
                                     Defendant YAZMIN DELGAO (sued as JASMINE
18                                   G DELGADO) (as authorized on March 9, 2012)

19

20                              **ORDER**
        Having reviewed the above stipulation and good cause appearing therefor, IT IS HEREBY
21
    ORDERED that the Pre-Trial Scheduling Order, be modified with the new schedule as set forth
22
    above.
23
        IT IS SO ORDERED.
24
        DATED: 3/12/2012
25
                                  /s/ John A. Mendez
26                                United States District Judge
                                  John A. Mendez
27

28

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

3
**STIPULATION AND [PROPOSED] ORDER TO MODIFY PRETRIAL SCHEDULING ORDER**
00995263.WPD