**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Terence J. Cassidy, SBN 99180
Ashley M. Wisniewski, SBN 264601
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

**Attorneys for Defendants:** COUNTY OF SACRAMENTO, SCOTT ANDERSON, RICH COCKERTON, BRENDAN MCATEE, , and CITY OF RANCHO CORDOVA

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY FOX, NARCISA FOX, individually and as parents and natural guardians and Guardians ad litem of A.F., D.F., S.F. AND M.F., minors,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF SACRAMENTO, SCOTT ANDERSON, R. COCKERTON, B. MCATEE, ELISA OLMO, SOKA OM, JASON WALKUP, JOY PIKE, CITY OF RANCHO CORDOVA, JASMINE DELGADO and DOES 1 THROUGH 30,<br><br>Defendants.<br>_____ / | Case No. 2:11-cv-00419-JAM-KJN<br><br>**STIPULATION AND ORDER TO MODIFY PRETRIAL SCHEDULING ORDER** |

    IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs BARRY FOX, and NARCISA FOX, and Defendants COUNTY OF SACRAMENTO, SCOTT ANDERSON, RICH COCKERTON, BRENDAN MCATEE, and CITY OF RANCHO CORDOVA, by through their undersigned Counsel, and Defendant YAZMIN DELGADO (sued as JASMINE DELGADO), in pro per, pursuant to Local Rules 143 and 144 as follows:

    1.    The parties respectfully request that the District Court modify the Pre-Trial Scheduling Order to allow an approximate thirty (30) additional days for the disclosure of experts, based on good cause appearing therefor as more fully set forth below.

    2.    This action arises out of alleged violations of Plaintiffs' federal civil rights and

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916. 929.1481
FAX: 916. 927.3706
www.porterscott.com

1

**STIPULATION AND [PROPOSED] ORDER TO MODIFY PRETRIAL SCHEDULING ORDER**
00995263.WPD

state law claims against Defendants in connection with the warrantless seizure of minor children.

    3. Plaintiffs filed a complaint on March 18, 2011. Defendants filed a motion to dismiss the complaint, hearing for which was set for June 15, 2011. While this was pending, the court issued its PreTrial Scheduling Order on April 28, 2011, with the current dates including trial commencing on December 3, 2012. (Docket Entry No. 13)

    4. On May 3, 2011, Plaintiffs filed an Amended Complaint, to which Defendants filed a Motion to Dismiss. The Court issued a ruling on the motion to dismiss on September 23, 2011, giving Plaintiffs additional opportunity to amend.

    5. The parties informally agreed relevancy of information could not be properly determined until the pleadings were "at issue," thus believed formal deposition discovery should be delayed until such time as the court issues its order on the motion to dismiss.

    6. As such, in order to ensure percipient witness discovery is completed to the parties' satisfaction so that designated expert witnesses may have sufficient time to fully review and prepare expert reports, the parties in good faith believe additional time is necessary for expert disclosures under the current schedule. The parties do not seek modification of the dates currently set for the Final Pre-Trial Conference, and Trial. The parties have not sought any prior modifications of the Pre-Trial Scheduling Order.

Therefore, the parties respectfully submit that good cause exists to amend the Pre-Trial Scheduling Order dated April 28, 2011, and therefore request modification of the Pre-Trial Scheduling Order, as follows:

| | |
|---|---|
| Expert witness disclosure deadline | April 23, 2012 |
| Supplemental and Rebuttal witness disclosure deadline | May 15, 2012 |
| Close of discovery | June 15, 2012 (unchanged) |
| Filing deadline for all dispositive motions | July 25, 2012 (unchanged) |
| Last day for hearing on dispositive motions | August 22, 2012 (unchanged) |
| Final pre-trial conference | October 5, 2012 (unchanged) |
| Trial | December 3, 2012 (unchanged) |

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

2
**STIPULATION AND [PROPOSED] ORDER TO MODIFY PRETRIAL SCHEDULING ORDER**
00995263.WPD

This Stipulation may be signed in counterparts and any facsimile or electronic signature shall be as valid as an original signature.

IT IS SO STIPULATED.

DATED: March 7, 2012          LAW OFFICES OF LANNY T. WINBERRY


By   /s/ Lanny T. Winberry
     Lanny T. Winberry (as authorized on March 7, 2012)
     Attorney for Plaintiffs


DATED: March 7, 2012          PORTER SCOTT
                              A Professional Corporation


By   /s/ John R. Whitefleet
     Terence J. Cassidy
     John R. Whitefleet
     Attorneys for Defendants
     COUNTY OF SACRAMENTO, SCOTT
     ANDERSON, RICH COCKERTON,
     BRENDAN MCATEE, and CITY OF
     RANCHO CORDOVA


DATED: March 7, 2012          By /s/ Yazmin Delgado
                              Defendant YAZMIN DELGAO (sued as JASMINE
                              G DELGADO) (as authorized on March 9, 2012)


**ORDER**

Having reviewed the above stipulation and good cause appearing therefor, IT IS HEREBY ORDERED that the Pre-Trial Scheduling Order, be modified with the new schedule as set forth above.

IT IS SO ORDERED.

DATED: 3/12/2012

/s/ John A. Mendez
United States District Judge
John A. Mendez

3

**STIPULATION AND [PROPOSED] ORDER TO MODIFY PRETRIAL SCHEDULING ORDER**

00995263.WPD