1

**P O R T E R | S C O T T**
A PROFESSIONAL CORPORATION

2    Terence J. Cassidy, SBN 99180
John R. Whitefleet, SBN 213301

3    350 University Ave., Suite 200
Sacramento, California 95825

4    TEL: 916.929.1481
FAX: 916.927.3706

5    **Attorneys for Defendants**

6

7

8                         **UNITED STATES DISTRICT COURT**

9                        **EASTERN  DISTRICT OF CALIFORNIA**

10

11   BARRY FOX, NARCISA FOX, individually        Case No.  2:11-cv-00419-JAM-KJN
     and as parents and natural guardians and
     Guardians ad litem of A.F., D.F., S.F. AND   **STIPULATION   AND   ORDER   FOR**

12   M.F., minors,                                **COMPLIANCE   WITH   DISCOVERY**
                                                  **ORDER**

13              Plaintiffs,

14   vs.

15   COUNTY   OF   SACRAMENTO,   SCOTT
     ANDERSON,   R.   COCKERTON,   B.

16   MCATEE,  ELISA  OLMO,  SOKA  OM,
     JASON WALKUP, JOY PIKE, CITY OF

17   R A N C H O    C O R D O V A ,    J A S M I N E
     DELGADO and DOES 1 THROUGH 30,

18
                Defendants.

19   _____/

20          IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs BARRY FOX,

21   and NARCISA FOX, and Defendants COUNTY OF SACRAMENTO, SCOTT ANDERSON,

22   RICH COCKERTON, BRENDAN MCATEE, and CITY OF RANCHO CORDOVA, by through

23   their respective undersigned counsel:

24          1.     In its Order dated June 8, 2012, the court required the County of Sacramento

25   provide certain statistical data, if available.  The court noted the parties may file a stipulation

26   and proposed order extending the deadline for production and declaration(s) to be delivered

27   to plaintiffs.  Defendants sought reconsideration of this order.  The District Court denied

28

**P O R T E R | S C O T T**
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

**STIPULATION AND [PROPOSED] ORDER TO MODIFY DEADLINE FOR COMPLIANCE WITH
DISCOVERY ORDER**
01033051.WPD

1    Defendants' Motion for Reconsideration on July 9, 2012.    Accordingly, the parties

2    respectfully request that the deadline for Defendants to comply with the Order dated June 8,

3    2012, be extended to July 20, 2012.

4         2.    The parties further agree Plaintiffs have up to and including July 20, 2012 to

5    provide responses to written discovery propounded by Defendants.

6         IT IS SO STIPULATED.

7

8    DATED: July 9, 2012         LAW OFFICES OF LANNY T. WINBERRY

9

10                              By   /s/ Lanny T. Winberry
                                     Lanny T. Winberry (as authorized on July 9, 2012)
11                                   Attorney for Plaintiffs

12

13   DATED: July 9, 2012         PORTER SCOTT
14                               A Professional Corporation

15
                                 By   /s/ John R. Whitefleet
16                                    Terence J. Cassidy
                                      John R. Whitefleet
17                                    Attorneys for Defendants

18

19

20                                    **ORDER**
          Having reviewed the above stipulation and good cause appearing therefor, IT IS HEREBY
21
     ORDERED that Defendants have up to and including July 20, 2012, to comply with the Discovery
22
     Order dated June 8, 2012.
23
          IT IS SO ORDERED.
24
          DATED: 7/9/2012
25
                                      /s/ John A. Mendez
26                                    John A. Mendez
                                      United States District Court Judge
27

28
                                         2

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916. 929.1481
FAX: 916. 927.3706
www.porterscott.com

1

2

**Case Name:**   **Fox, et al. v. Anderson, et al.**
**Case No.:**      **USDC EDCA 2:11-CV-00419 JAM-KJN**

3

4

## DECLARATION OF SERVICE

5

6
        I am a citizen of the United States and employed in Sacramento County, California; I am over
the age of 18 years and not a party to the within action; my business address is 350 University
Avenue, Suite 200, Sacramento, California 95825.

7

8
        On the date below I caused to be served the attached:

9
**STIPULATION AND [PROPOSED] ORDER FOR COMPLIANCE WITH DISCOVERY
ORDER**

10

11
XXX        **BY MAIL:**  I caused such envelope with postage thereon fully prepaid to be placed
               in the United States mail at Sacramento, California.

12

13
_____        **BY PERSONAL SERVICE:**  I caused such document to be delivered by hand to
               the office of the person(s) listed below.

14
_____        **BY OVERNIGHT DELIVERY:**  I caused such document to be delivered by
               overnight delivery to the office of the person(s) listed below.

15

16
_____        **BY FACSIMILE:**  I caused such document to be transmitted by facsimile machine
               to the office of the person(s) listed below.

17
addressed as follows:

18
Yasmin Delgado
2683 Aramon Drive
19
Rancho Cordova, CA 94570

20

21

22
        I declare under penalty of perjury that the foregoing is true and correct and was executed on
July 9, 2012,  at Sacramento, California.

23

24

25
                                        _____
                                        /s/ Ramina German
26                                        Ramina German

27

28

**STIPULATION AND [PROPOSED] ORDER TO MODIFY DEADLINE FOR COMPLIANCE WITH
DISCOVERY ORDER**

01033051.WPD

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com