**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Terence J. Cassidy, SBN 99180
John R. Whitefleet, SBN 213301
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706
**Attorneys for Defendants**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY FOX, NARCISA FOX, individually and as parents and natural guardians and Guardians ad litem of A.F., D.F., S.F. AND M.F., minors,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF SACRAMENTO, SCOTT ANDERSON, R. COCKERTON, B. MCATEE, ELISA OLMO, SOKA OM, JASON WALKUP, JOY PIKE, CITY OF RANCHO CORDOVA, JASMINE DELGADO and DOES 1 THROUGH 30,<br><br>Defendants.<br>_____/ | Case No. 2:11-cv-00419-JAM-KJN<br><br>**STIPULATION AND ORDER FOR COMPLIANCE WITH DISCOVERY ORDER** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs BARRY FOX, and NARCISA FOX, and Defendants COUNTY OF SACRAMENTO, SCOTT ANDERSON, RICH COCKERTON, BRENDAN MCATEE, and CITY OF RANCHO CORDOVA, by through their respective undersigned counsel:

1.  In its Order dated June 8, 2012, the court required the County of Sacramento provide certain statistical data, if available. The court noted the parties may file a stipulation and proposed order extending the deadline for production and declaration(s) to be delivered to plaintiffs. Defendants sought reconsideration of this order. The District Court denied

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

1

**STIPULATION AND [PROPOSED] ORDER TO MODIFY DEADLINE FOR COMPLIANCE WITH DISCOVERY ORDER**

01033051.WPD

1  Defendants' Motion for Reconsideration on July 9, 2012.  Accordingly, the parties
2  respectfully request that the deadline for Defendants to comply with the Order dated June 8,
3  2012, be extended to July 20, 2012.
4  　　2.　The parties further agree Plaintiffs have up to and including July 20, 2012 to
5  provide responses to written discovery propounded by Defendants.
6  　　IT IS SO STIPULATED.

8  DATED: July 9, 2012　　　　　LAW OFFICES OF LANNY T. WINBERRY

10 　　　　　　　　　　　　　　　By   /s/ Lanny T. Winberry
　　　　　　　　　　　　　　　　　　Lanny T. Winberry (as authorized on July 9, 2012)
11 　　　　　　　　　　　　　　　　　Attorney for Plaintiffs

13
14  DATED: July 9, 2012　　　　　PORTER SCOTT
　　　　　　　　　　　　　　　　A Professional Corporation
15
16 　　　　　　　　　　　　　　　By   /s/ John R. Whitefleet
　　　　　　　　　　　　　　　　　　Terence J. Cassidy
　　　　　　　　　　　　　　　　　　John R. Whitefleet
17 　　　　　　　　　　　　　　　　　Attorneys for Defendants

20  **ORDER**
　　Having reviewed the above stipulation and good cause appearing therefor, IT IS HEREBY
21 ORDERED that Defendants have up to and including July 20, 2012, to comply with the Discovery
22 Order dated June 8, 2012.
23 　　IT IS SO ORDERED.
24 　　DATED: 7/9/2012
25
　　　　　　　　　　　　　　　　/s/ John A. Mendez
26 　　　　　　　　　　　　　　　　John A. Mendez
　　　　　　　　　　　　　　　　United States District Court Judge
27
28

2

**STIPULATION AND [PROPOSED] ORDER TO MODIFY DEADLINE FOR COMPLIANCE WITH DISCOVERY ORDER**

01033051.WPD

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

**Case Name:** Fox, et al. v. Anderson, et al.
**Case No.:** USDC EDCA 2:11-CV-00419 JAM-KJN

## DECLARATION OF SERVICE

I am a citizen of the United States and employed in Sacramento County, California; I am over the age of 18 years and not a party to the within action; my business address is 350 University Avenue, Suite 200, Sacramento, California 95825.

On the date below I caused to be served the attached:

**STIPULATION AND [PROPOSED] ORDER FOR COMPLIANCE WITH DISCOVERY ORDER**

<u>XXX</u>   **BY MAIL:** I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at Sacramento, California.

<u>       </u>   **BY PERSONAL SERVICE:** I caused such document to be delivered by hand to the office of the person(s) listed below.

<u>       </u>   **BY OVERNIGHT DELIVERY:** I caused such document to be delivered by overnight delivery to the office of the person(s) listed below.

<u>       </u>   **BY FACSIMILE:** I caused such document to be transmitted by facsimile machine to the office of the person(s) listed below.

addressed as follows:

Yasmin Delgado
2683 Aramon Drive
Rancho Cordova, CA 94570

I declare under penalty of perjury that the foregoing is true and correct and was executed on July 9, 2012, at Sacramento, California.

/s/ Ramina German
Ramina German

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com