IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BARRY FOX, et al.,

    Plaintiffs,                    No. 2:11-cv-0419 JAM AC

    vs.

JASMINE DELGADO,

    Defendant.                  <u>ORDER</u>

        Plaintiff, proceeding pro se, filed the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

        On February 13, 2013, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice to the parties that any objections to the findings and recommendations were to be filed within fourteen (14) days. No objections to the findings and recommendations have been filed.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

        1. The findings and recommendations filed February 13, 2013, are adopted in full;

1

2. Plaintiffs' motion for default judgment is denied without prejudice.

DATED: April 12, 2013

/s/ John A. Mendez
UNITED STATES DISTRICT COURT JUDGE